# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1554

_____

Lloyd R. Holmes,             *
                                 *
           Appellant,      *    Appeal from the United States
                                 *    District Court for the Eastern
   v.                            *    District of Missouri.
                                 *
State of Georgia; Linda L. Thurn,    *        [UNPUBLISHED]
                                 *
           Appellees.      *

_____

Submitted: September 2, 2004
Filed: September 10, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Lloyd R. Holmes appeals the district court's[*] pre-service dismissal under 28 U.S.C. § 1915(e)(2)(B) of Holmes's complaint asserting violations of the Freedom of Information Act, 5 U.S.C. § 552, and the Fourteenth Amendment. After careful de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude dismissal was proper. Accordingly, we affirm. See 8th Cir. R. 47A(a).

_____

_____

[*]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.